| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

### United States Bankruptcy Court
### Central District of California - Santa Ana Division

| In re:<br>Timothy Lee Hirchag | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 01/05/2024    Timothy Lee Hirchag        [signature]
                    Printed name of Debtor 1           Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                          Printed name of Debtor 2     Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                F 1002-1.EMP.INCOME.DEC

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| 1KG | 670081 | 070110 | | 0019188489 | 1 |

SEQ 003738
ANAHEIM HILLS JAGUAR LAND ROVER, INC.
77 ST. JOHN ST.
PASADENA CA 91105

# Earnings Statement          ADP

Period Beginning: 11/01/2023
Period Ending:   11/15/2023
Pay Date:        11/22/2023

Filing Status: Head of household
Exemptions/Allowances:
    Federal: Standard Withholding Table

TIMOTHY HIRCHAG
2301 CALLE BALANDRA
SAN CLEMENTE CA 92673

Social Security Number: XXX-XX-3553

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 63.20 | | |
| Cash Spiff In | | | 300.00 | 1,500.00 |
| Cell Allowance | | | 17.50 | 168.00 |
| NonSls Activity | | 7.50 | | 1,278.75 |
| NonSls Activity | | | 116.25 | |
| Overtime Prem | | | 1.20 | 395.80 |
| Rest | | | 36.51 | 588.33 |
| Sales Comm | | | 2,256.20 | 47,871.27 |
| MinWageSupp | | | | 1,619.11 |
| Sick Time Off | | | | 583.68 |
| **Gross Pay** | | | **$2,727.66** | 54,004.94 |

Your federal taxable wages this period are $2,591.27

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Available Sick | | 16.00 |

**Important Notes**
COMPANY PH#:+1 626 449 2377

**Additional Tax Withholding Information**
Taxable Marital Status:
    CA:         Single
Exemptions/Allowances:
    CA:         2(Head of Household)

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.54 | 7,454.70 |
| | Social Security Tax | -169.12 | 3,348.31 |
| | Medicare Tax | -39.55 | 783.07 |
| | CA State Income Tax | -28.95 | 2,924.27 |
| | CA SDI Tax | -24.54 | 486.04 |
| Other | | | |
| | Levy $ 2 | -200.00 | 600.00 |
| | 401K | -136.39* | 1,924.80 |
| **Net Pay** | | **$2,018.57** | |
| **Net Check** | | **$2,018.57** | |

* Excluded from federal taxable wages

©1998, 2006. ADP, Inc.   All Rights Reserved.
©2000 ADP, Inc.
TEAR HERE

CO.  FILE  DEPT.  CLOCK  NUMBER
0019255608
SEQ 002317

**Earnings Statement** 

ANAHEIM HILLS JAGUAR LAND ROVER, INC.
77 ST. JOHN ST.
PASADENA CA 91105

Period Beginning:  11/16/2023
Period Ending:  11/30/2023
Pay Date:  12/07/2023

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard Withholding Table

TIMOTHY HIRCHAG
2301 CALLE BALANDRA
SAN CLEMENTE CA 92673

Social Security Number: XXX-XX-3553

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 112.58 | | |
| Cell Allowance | | | 17.50 | 185.50 |
| Holiday | 15.5000 | 8.00 | 124.00 | 124.00 |
| NonSls Activity | | 7.00 | | 1,387.25 |
| NonSls Activity | | | 108.50 | |
| Rest | | | 75.51 | 663.84 |
| Sales Comm | | | 11,410.96 | 59,282.23 |
| Cash Spiff In | | | | 1,500.00 |
| MinWageSupp | | | | 1,619.11 |
| Overtime Prem | | | | 395.80 |
| Sick Time Off | | | | 583.68 |
| **Gross Pay** | | | **$11,736.47** | 65,741.41 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$11,149.64

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Available Sick | | 16.00 |

**Important Notes**
COMPANY PH#:+1 626 449 2377

**Additional Tax Withholding Information**
Taxable Marital Status:
   CA:  Single
Exemptions/Allowances:
   CA:  2(Head of Household)

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2,277.79 | 9,732.49 |
| | Social Security Tax | -727.66 | 4,075.97 |
| | Medicare Tax | -170.18 | 953.25 |
| | CA State Income Tax | -849.90 | 3,774.17 |
| | CA SDI Tax | -105.63 | 591.67 |
| | **Other** | | |
| | Levy $ 2 | -200.00 | 800.00 |
| | 401K | -586.83* | 2,511.63 |
| **Net Pay** | | **$6,818.48** | |
| **Net Check** | | **$6,818.48** | |

© 1998, 2006. ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ANAHEIM HILLS JAGUAR LAND ROVER, INC.
77 ST. JOHN ST.
PASADENA CA 91105

1KG
90-477/1222
Payroll check number: 0019255608
Pay date: 12/07/2023

428290

Pay to the order of:  TIMOTHY HIRCHAG

This amount:  SIX THOUSAND EIGHT HUNDRED EIGHTEEN AND 48/100 DOLLARS    $6818.48

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
5401 California Ave
Bakersfield, CA 93309

ADP AUTHORIZED SIGNATURE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| 1KG | 670081 | 070110 | | 0019357379 | 1 |

SEQ 002422
ANAHEIM HILLS JAGUAR LAND ROVER, INC.
77 ST. JOHN ST.
PASADENA CA 91105

# Earnings Statement

Period Beginning: 12/01/2023
Period Ending: 12/15/2023
Pay Date: 12/22/2023

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard Withholding Table

TIMOTHY HIRCHAG
2301 CALLE BALANDRA
SAN CLEMENTE CA 92673

Social Security Number: XXX-XX-3553

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 93.12 | | |
| Cash Spiff In | | | 450.00 | 1,950.00 |
| Cell Allowance | | | 17.50 | 203.00 |
| NonSls Activity | 6.00 | | | 1,480.25 |
| NonSls Activity | | | 93.00 | |
| Overtime Prem | | | 157.51 | 553.31 |
| Rest | | | 59.91 | 723.75 |
| Sales Comm | | | 10,824.98 | 70,107.21 |
| Holiday | | | | 124.00 |
| MinWageSupp | | | | 1,619.11 |
| Sick Time Off | | | | 583.68 |
| **Gross Pay** | | | **$11,602.90** | 77,344.31 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $11,022.75

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Available Sick | | 16.00 |

**Important Notes**
COMPANY PH#:+1 626 449 2377

**Additional Tax Withholding Information**
Taxable Marital Status:
   CA:         Single
Exemptions/Allowances:
   CA:         2(Head of Household)

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2,233.38 | 11,965.87 |
| | Social Security Tax | -719.38 | 4,795.35 |
| | Medicare Tax | -168.24 | 1,121.49 |
| | CA State Income Tax | -836.92 | 4,611.09 |
| | CA SDI Tax | -104.43 | 696.10 |
| | **Other** | | |
| | Levy $ 2 | -200.00 | 1,000.00 |
| | 401K | -580.15* | 3,091.78 |
| **Net Pay** | | **$6,760.40** | |
| **Net Check** | | **$6,760.40** | |

©1998, 2006. ADP, Inc.   All Rights Reserved.

# Earnings Statement

**ADP**

```
SEQ 003276
ANAHEIM HILLS JAGUAR LAND ROVER, INC.
77 ST. JOHN ST.
PASADENA CA 91105
```

Period Beginning: 12/16/2023
Period Ending: 12/31/2023
Pay Date: 01/05/2024

Filing Status: Head of household
Exemptions/Allowances:
    Federal: Standard Withholding Table

TIMOTHY HIRCHAG
2301 CALLE BALANDRA
SAN CLEMENTE CA 92673

Social Security Number: XXX-XX-3553

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 74.40 | | |
| Cell Allowance | | | 17.50 | 17.50 |
| Holiday | 15.5000 | 8.00 | 124.00 | 124.00 |
| NonSls Activity | | 6.00 | | 93.00 |
| NonSls Activity | | | 93.00 | |
| Rest | | | 46.80 | 46.80 |
| Sales Comm | | | 4,575.12 | 4,575.12 |
| **Gross Pay** | | | **$4,856.42** | 4,856.42 |

Your federal taxable wages this period are $4,613.59

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Available Sick | | 40.00 |
| Available Vac | | 2.00 |

**Important Notes**
COMPANY PH#:+1 626 449 2377

**Additional Tax Withholding Information**
Taxable Marital Status:
CA:    Single
Exemptions/Allowances:
CA:    2(Head of Household)

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -454.22 | 454.22 |
| | Social Security Tax | -301.10 | 301.10 |
| | Medicare Tax | -70.42 | 70.42 |
| | CA State Income Tax | -172.26 | 172.26 |
| | CA SDI Tax | -53.42 | 53.42 |
| | Other | | |
| | Levy $ 2 | -200.00 | 200.00 |
| | 401K | -242.83* | 242.83 |
| | **Net Pay** | **$3,362.17** | |
| | **Net Check** | **$3,362.17** | |

* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ANAHEIM HILLS JAGUAR LAND ROVER, INC.
77 ST. JOHN ST.
PASADENA CA 91105

1KG                                    90-477/1222
Payroll check number: 0019431776
Pay date:    01/05/2024

Pay to the order of:   TIMOTHY HIRCHAG

This amount:   THREE THOUSAND THREE HUNDRED SIXTY TWO AND 17/100 DOLLARS          $3362.17

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
5401 California Ave
Bakersfield, CA 93309

ADP AUTHORIZED SIGNATURE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 1KG | 670081 | 070110 | | 0000030004 | 2 |

# Earnings Statement

**ADP**

ANAHEIM HILLS JAGUAR LAND ROVER, INC.
77 ST. JOHN ST.
PASADENA   CA  91105

Period Beginning:   01/01/2024
Period Ending:      01/15/2024
Pay Date:           01/22/2024

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

TIMOTHY  HIRCHAG
2301  CALLE  BALANDRA
SAN  CLEMENTE  CA  92673

Social Security Number:  XXX-XX-3553

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Sick Time Off | 106.7400 | 16.00 | 1,707.84 | 1,707.84 |
| Cell Allowance | | | | 35.00 |
| Holiday | | | | 252.00 |
| NonSls Activity | | | | 221.00 |
| Rest | | | | 92.30 |
| Sales Comm | | | | 7,936.11 |
| **Gross Pay** | | | **$1,707.84** | 10,244.25 |

Your federal taxable wages this period are
$1,707.84

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Available Sick | | 24.00 |
| Available Vac | | 4.00 |

**Important Notes**
COMPANY  PH#:+1  626 449 2377

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:    Single
Exemptions/Allowances:
  CA:    2(Head of Household)

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -381.48 | 1,084.53 |
| | Social Security Tax | -105.88 | 635.14 |
| | Medicare Tax | -24.76 | 148.54 |
| | CA State Income Tax | -164.43 | 423.72 |
| | CA SDI Tax | -18.79 | 112.69 |
| | **Other** | | |
| | Levy $ 2 | | 400.00 |
| | 401K | | 242.83 |
| | **Net Pay** | **$1,012.50** | |
| | Checking 1 | -1,012.50 | |
| | **Net Check** | **$0.00** | |

$1,707.84, 16.00 Sick Time Off Hours for 12/16/23
- 12/31/23

© 2000 ADP, Inc.

---

ANAHEIM HILLS JAGUAR LAND ROVER, INC.
77 ST. JOHN ST.
PASADENA CA 91105

Advice number:   00000030004
Pay date:        01/22/2024

Deposited to the account of
TIMOTHY  HIRCHAG

| account number | transit  ABA | amount |
|---|---|---|
| xxxxxxxx0371 | xxxx  xxxx | $1,012.50 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 1KG | 670081 | 070110 | | 0000030003 | 1 |

# Earnings Statement

**ADP**

ANAHEIM HILLS JAGUAR LAND ROVER, INC.
77 ST. JOHN ST.
PASADENA  CA 91105

Period Beginning:  01/01/2024
Period Ending:     01/15/2024
Pay Date:          01/22/2024

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

TIMOTHY HIRCHAG
2301 CALLE BALANDRA
SAN CLEMENTE CA 92673

Social Security Number: XXX-XX-3553

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 70.65 | | |
| Cell Allowance | | | 17.50 | 35.00 |
| Holiday | 16.0000 | 8.00 | 128.00 | 252.00 |
| NonSls Activity | | 8.00 | | 221.00 |
| NonSls Activity | | | 128.00 | |
| Rest | | | 45.50 | 92.30 |
| Sales Comm | | | 3,360.99 | 7,936.11 |
| **Gross Pay** | | | **$3,679.99** | 8,536.41 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Available Sick | | 24.00 |
| Available Vac | | 4.00 |

**Important Notes**
COMPANY PH#:+1 626 449 2377

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:             Single
Exemptions/Allowances:
  CA:             2(Head of Household)

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -248.83 | 703.05 |
| | Social Security Tax | -228.16 | 529.26 |
| | Medicare Tax | -53.36 | 123.78 |
| | CA State Income Tax | -87.03 | 259.29 |
| | CA SDI Tax | -40.48 | 93.90 |
| | **Other** | | |
| | Levy $ 2 | -200.00 | 400.00 |
| | 401K | | 242.83 |
| | **Net Pay** | **$2,822.13** | |
| | Checking 1 | -2,822.13 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $3,679.99

© 2000 ADP, Inc.

---

ANAHEIM HILLS JAGUAR LAND ROVER, INC.
77 ST. JOHN ST.
PASADENA  CA 91105

Advice number:   00000030003
Pay date:        01/22/2024

Deposited to the account of
TIMOTHY HIRCHAG

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0371 | xxxx xxxx | $2,822.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**